IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00965-BNB

ORLANDO E. MORA,

    Applicant,

v.

WARDEN BLAKE DAVIS,

    Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 2 2009

GREGORY C. LANGHAM
                        CLERK

## ORDER OF DISMISSAL

Applicant Orlando E. Mora initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging the conditions of his confinement. On April 30, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Mora to file an amended pleading on the proper form because his claims challenging the conditions of his confinement may not be asserted in a habeas corpus action. Magistrate Judge Boland also ordered Mr. Mora either to pay the balance of the $350.00 filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Mr. Mora was warned that the action would be dismissed without further notice if he failed within thirty days to file an amended pleading and either to pay the balance of the filing fee or to file a motion seeking leave to proceed *in forma pauperis*.

Mr. Mora has failed within the time allowed to file an amended pleading and he has failed either to pay the balance of the filing fee or to file a motion seeking leave to

proceed *in forma pauperis*. In fact, Mr. Mora has failed to respond in any way to Magistrate Judge Boland's April 30 order. Therefore, the application will be denied and the action will be dismissed without prejudice for failure to comply with Magistrate Judge Boland's April 30 order. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to comply with Magistrate Judge Boland's April 30, 2009, order.

DATED at Denver, Colorado, this 11 day of June, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00965-BNB

Orlando E. Mora
Reg. No. 06561-091
USP – Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/12/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk